Rajvir SINGH, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–70603.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2015.*

Filed April 16, 2015.

Rajvir Singh, San Jose, CA, pro se.

Tracie Nicole Jones, Trial, Oil, DOJ–
U.S. Department of Justice, Washington,
DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FISHER, TALLMAN, and
NGUYEN, Circuit Judges.

MEMORANDUM **

Rajvir Singh, a native and citizen of
India, petitions for review of the Board of
Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C.
§ 1252. We review for abuse of discretion
the BIA's denial of a motion to reopen,
*Najmabadi v. Holder,* 597 F.3d 983, 986
(9th Cir.2010), and we deny the petition for
review.

The BIA did not abuse its discretion in
denying Singh's untimely motion to re-

open, because it considered the record and
Singh's evidence, and acted within its
broad discretion in determining it was insufficient to warrant reopening. *See
Singh v. INS,* 295 F.3d 1037, 1039 (9th
Cir.2002) (the BIA's denial of a motion to
reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law."); *see
also Shin v. Mukasey,* 547 F.3d 1019, 1025
(9th Cir.2008) (petitioner failed to satisfy
" 'heavy burden' of proving that, if proceedings were reopened, the new evidence
would likely change the result in the
case.") (quoting *Matter of Coelho,* 20 I. &
N. Dec. 464, 473 (BIA 1992)).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

